1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JENNIFER M. PORTER, CASB No. 261508
   jennifer.porter@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:     (415) 398-6000
   Facsimile:     (415) 981-0136
6
   Attorneys for Defendant
7  MAERSK LINE, LIMITED (erroneously named as Maersk Lines Limited)

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 DARIN ALLEN,                          ) Case No. C13-5812-SI
                                         )
12                          Plaintiff,   ) *Action Filed:  October 29, 2013*
                                         )
13             vs.                       ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                         ) **TO CONTINUE DISCOVERY AND**
14 MAERSK LINES LIMITED; A.P. MOLLER;    ) **DISPOSITIVE MOTION DEADLINES**
   DOES 1 TO 40,                         )
15                                       )
                                         )
16                          Defendants.  )
                                         ) Trial Date: February 9, 2015
17                                       )
                                         )
18 _____)

19

20         WHEREAS, Maersk Line, Limited ("Defendant") and DARIN ALLEN ("Plaintiff")

21 (collectively referred to as "Parties") have diligently engaged in discovery since the initiation of this

22 matter but still are in the process of obtaining discovery from third party witnesses and employers.

23 Specifically, Plaintiff has noticed the depositions of the Captain, Chief Mate and Boatswain who are

24 all presently at sea and will not return to shore until early December 2014.

25         WHEREAS, the Parties agree that the expense of filing dispositive motions, attending

26 mediation and retaining experts would be more productive once the Parties have completed these

27 additional depositions.

28         NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties that

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION
DEADLINES

1  the pre-trial deadlines by which Parties must comply be continued as follows:

2          Non-Expert Discovery:        December 5, 2014

3          Dispositive Motions:          December 8, 2014

4          Opp. Due:                     December 22, 2014

5          Reply Due:                    January 5, 2015

6          Mediation Cutoff:             January 16, 2015

7          NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, to the above discovery

8  schedule or such other dates thereafter as may be convenient to the Court.

9

10 DATED:  October 31, 2014                    /s/ Jennifer M. Porter
                                               JOHN D. GIFFIN
11                                             JENNIFER M. PORTER
                                               KEESAL, YOUNG & LOGAN
12                                             Attorneys for Defendant
                                               MAERSK LINE, LIMITED (erroneously named
13                                             as Maersk Lines Limited)

14 DATED:  October 31, 2014                    /s/Philip R. Weltin
                                               PHILIP R. WELTIN
15                                             JASON GREEN-LOWE
                                               WELTIN, STREB & WELTIN LLP
16                                             Counsel for Plaintiff DARIN ALLEN

17
                                    **ORDER**
18
          Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY
19
   ORDERED that the discovery deadlines are continued to the following dates: :
20
21         Non-Expert Discovery:        December 5, 2014

22         Dispositive Motions:          December 8, 2014

23         Opp. Due:                     December 22, 2014

           Reply Due:                    January 5, 2015      Motion Hearing: 1/23/15 @ 9 a.m.
24
25         Mediation Cutoff:             January 16, 2015

26         **IT IS SO ORDERED.**

27
28 DATED:   11/3/14                            _____
                                               UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION
DEADLINES