```
 1   JOHN D. GIFFIN, CASB No. 89608
     john.giffin@kyl.com
 2   JENNIFER M. PORTER, CASB No. 261508
     jennifer.porter@kyl.com
 3   KEESAL, YOUNG & LOGAN
     A Professional Corporation
 4   450 Pacific Avenue
     San Francisco, California  94133
 5   Telephone:    (415) 398-6000
     Facsimile:    (415) 981-0136
 6
     Attorneys for Defendant
 7   MAERSK LINE, LIMITED (erroneously named as Maersk Lines Limited
     and A.P. Moller)
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DARIN ALLEN,                                  | ) Case No. C13-5812-TEH |
|-----------------------------------------------|--------------------------|
|                               Plaintiff,      | ) Action Filed: October 29, 2013 |
|          vs.                                  | ) **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARCH 23, 2015 CASE MANAGEMENT CONFERENCE** |
| MAERSK LINES LIMITED; A.P. MOLLER; DOES 1 TO 40, | ) |
|                               Defendants.     | ) |

Upon the reassignment of this matter from Judge Illston to Judge Henderson, the Court has scheduled a Case Management Conference for March 23, 2015.  Counsel for Maersk Line, Limited ("Defendant") is scheduled to commence trial on March 23, 2015 before Magistrate Judge Spero in the Federal District Court in San Francisco.  Further, Counsel for Plaintiff Darin Allen is scheduled to commence trial the following Monday, March 30, 2015.  Accordingly the Parties, by and through their counsel of record, stipulate that the Case Management Conference currently set for March 23, 2015, be continued to April 6, 2015.

| | |
|---|---|
| DATED: March 5, 2015 | /s/ John Giffin<br>JOHN D. GIFFIN<br>JENNIFER M. PORTER<br>KEESAL, YOUNG & LOGAN<br>Attorneys for Defendant<br>MAERSK LINE, LIMITED (erroneously named as Maersk Lines Limited and A.P. Moller) |
| DATED: March 5, 2015 | /s/ Philip R. Weltin<br>PHILIP R. WELTIN<br>WELTIN, STREB & WELTIN LLP<br>Counsel for Plaintiff DARIN ALLEN |

I, John Giffin, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

## ORDER

Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY ORDERED that the March 23, 2015 Case Management Conference is continued to April 6, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 03/09/2015

Judge Thelton E. Henderson