1  JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
2  JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
3  KEESAL, YOUNG & LOGAN
A Professional Corporation
4  450 Pacific Avenue
San Francisco, California  94133
5  Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136
6
Attorneys for Defendant
7  MAERSK LINE, LIMITED (erroneously named as Maersk Lines Limited
and A.P. Moller)
8

9           **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11

| 12 | DARIN ALLEN, | ) | Case No. C13-5812-TEH |
| 13 | Plaintiff, | ) | *Action Filed:  October 29, 2013* |
| 14 | vs. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DISCOVERY DEADLINES TO DESIGNATE EXPERTS** |
| 15 | MAERSK LINES LIMITED; A.P. MOLLER; DOES 1 TO 40, | ) | |
| 16 | Defendants. | ) | |
| 17 | | ) | Trial Date: May 26, 2015 |
| 18 | | ) | |

19

20          WHEREAS, Maersk Line, Limited ("Defendant") and DARIN ALLEN ("Plaintiff")

21  (collectively referred to as "Parties") have diligently engaged in discovery since the initiation of this

22  matter but still are in the process of obtaining discovery from third party witnesses and employers.

23          WHEREAS, the Parties agree that additional time is needed for their experts to submit expert

24  reports pursuant to F.R.C.P. Rule 26.

25          NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties that

26  the pre-trial deadlines by which Parties must comply be continued as follows:

27          Expert Disclosures:          April 17, 2015

28          Expert Rebuttal:              April 24, 2015

1  Expert Discovery Cutoff:      May 15, 2015

2      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, to the above discovery

3  schedule or such other dates thereafter as may be convenient to the Court.

4

5  DATED:  March 13, 2015                    /s/ Jennifer M. Porter
                                             JOHN D. GIFFIN
6                                            JENNIFER M. PORTER
                                             KEESAL, YOUNG & LOGAN
7                                            Attorneys for Defendant
                                             MAERSK LINE, LIMITED (erroneously named
8                                            as Maersk Lines Limited and A.P. Moller)

9  DATED:  March 13, 2015                    /s/ Philip R. Weltin
                                             PHILIP R. WELTIN
10                                           WELTIN, STREB & WELTIN LLP
                                             Counsel for Plaintiff DARIN ALLEN

11

12  *I, Jennifer Porter, attest that concurrence in the filing of this document has been obtained from each
of the signatories.  I declare under penalty of perjury under the laws of the United States of America*
13  *that the foregoing is true and correct.*

14                                   **ORDER**

15      Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY

16  ORDERED that the discovery deadlines are continued to the following dates: :

17      Expert Disclosures:          April 17, 2015

18      Expert Rebuttal:             April 24, 2015

19      Expert Discovery Cutoff:     May 15, 2015

20      This continuance shall not excuse any late-filed motions in limine; such
late-filed motions will not be considered.
21      **IT IS SO ORDERED.**

22

23

24  DATED:  03/17/15

25                                           UNITED STATES DISTRICT JUDGE
                                             THELTON E. HENDERSON
26

27

28

                                   - 2 -                          KYL_SF674538