Philip R. Weltin, Esq. SBN 46141
WELTIN STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
Darin Allen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN ALLEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>MAERSK LINES LIMITED;  A. P. MOLLER; DOES 1 TO 40,<br><br>                    Defendants. | Case No.  13-cv-05812 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TRIAL CONTINUANCE** |

The parties, by and through their counsel of record, hereby stipulate to, and respectfully request that the Court continue the trial date herein, including expert discovery and pretrial conference deadlines, due to the unavailability of two of Plaintiff's damage experts, Barry Ben-Zion, Ph.D., and Paul Nottingham, M.D., for the trial date currently set on May 26, 2015.

The parties have met and conferred, and have agreed to a trial date in early November, 2015, or as soon thereafter as the Court is available, and that all pending pretrial deadlines shall be adjusted accordingly.  The parties request a November trial date because two of Defendant's witnesses will be at sea from June through the middle of October.

1   The parties further stipulate that expert discovery will be completed 21 days prior to trial.

Dated: April 29, 2015                                /s/ Philip R. Weltin
                                                     Philip R. Weltin
                                                     WELTIN, STREB & WELTIN LLP
                                                     Attorney for Plaintiff


Dated: April 29, 2015                                /s/ John D. Giffin
                                                     John D. Giffin
                                                     Jennifer M. Porter
                                                     KEESAL, YOUNG & LOGAN
                                                     Attorney for Defendants

## ORDER

Having reviewed the Stipulation of counsel for a continuance, and good cause appearing,

IT IS HEREBY ORDERED:

The request for a continuance is granted. Trial and Pre-Trial deadlines have been rescheduled as follows:

| | |
|---|---|
| Expert Discovery cut off : | 10/30/2015 |
| Joint Pretrial Conference Statement filed: | 11/06/2015 |
| Pretrial Conference: | Monday, 11/16/2015 at 3:00 PM |
| Trial Exhibits due: | 11/24/2015 |
| Trial Date: | Tuesday, 12/01/2015 at 9:00 AM |

Dated: April  30 , 2015                              [signature]
                                                     Thelton E. Henderson
                                                     United States District Judge

2

13-cv-05812 TEH     Allen v. Maersk
Stipulation and Proposed Order for Trial Continuance