JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendant
MAERSK LINE, LIMITED (erroneously named as Maersk Lines Limited and A.P. Moller)

Philip R. Weltin, Esq. SBN 46141
WELTIN STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
DARIN ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN ALLEN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MAERSK LINES LIMITED; A.P. MOLLER; DOES 1 TO 40,<br><br>                    Defendants. | Case No. 13-cv-05812-TEH<br><br>Action Filed: October 29, 2013<br><br>MODIFIED<br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DISCLOSURES, OBJECTIONS TO EXHIBITS AND MOTIONS IN LIMINE**<br><br>Trial Date: December 1, 2015 |

WHEREAS, MAERSK LINE, LIMITED ("Defendant") and DARIN ALLEN ("Plaintiff") (collectively referred to as "Parties") have diligently engaged in settlement discussions and attended a global mediation of the matter on October 28, 2015 along with Plaintiff's comp carrier, a third party to

1  this matter.

2  WHEREAS, as a result of that mediation, the Parties and Plaintiff's comp carrier are in the
3  process of considering a mediator's proposal for a global resolution of this matter, which expires on
4  November 11, 2015.

5  WHEREAS, the Parties agree that additional time is needed to complete pretrial submissions
6  and file motions *in limine* in order to focus on potential settlement and minimize potentially
7  unnecessary costs should the matter be resolved.

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties that
9  the pretrial deadlines by which Parties must comply be continued as follows:

10  Pretrial Conference Statement:      November 13, 2015
11  Objections to Exhibits:              November 13, 2015
12  Motions in Limine:                   November 13, 2015
13  Oppositions to Motions in Limine:    November 19, 2015

14  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, to the above discovery
15  schedule or such other dates thereafter as may be convenient to the Court.

17  DATED:  November 3, 2015            /s/ Jennifer M. Porter
                                         JOHN D. GIFFIN
18                                       JENNIFER M. PORTER
                                         KEESAL, YOUNG & LOGAN
19                                       Attorneys for Defendant
                                         MAERSK LINE, LIMITED (erroneously named
20                                       as Maersk Lines Limited and A.P. Moller)

22  DATED:  November 3, 2015            /s/ Philip R. Weltin
                                         PHILIP R. WELTIN
23                                       WELTIN, STREB & WELTIN LLP
                                         Counsel for Plaintiff DARIN ALLEN

25  *I, Jennifer Porter, attest that concurrence in the filing of this document has been obtained from each
    of the signatories.  I declare under penalty of perjury under the laws of the United States of America
26  that the foregoing is true and correct.*

**ORDER**

Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY ORDERED that the discovery deadlines are continued to the following dates: :

| | |
|---|---|
| Pretrial Conference Statement: | November 13, 2015 |
| Objections to Exhibits: | November 13, 2015 |
| Motions in Limine: | November 13, 2015 |
| Oppositions to Motions in Limine: | November 19, 2015 |

The Pretrial Conference is continued to Monday, 11/23/2015, at 3:00 PM.

**IT IS SO ORDERED.**

DATED:  11/04/2015

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*